UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TAHMINA LATIF, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>DYSON INC., a corporation; BEST BUY CO. INC., a corporation; PACIFIC SALES KITCHEN AND BATH CENTERS, LLC, a limited liability company, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 8:22-cv-01333 CJC (JDEx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>Crtrm:  9B<br>Judge:  Hon. Cormac J. Carney |

Having considered the stipulation of dismissal of Plaintiff Tahmina Latif and Defendants Dyson, Inc., Best Buy Co., Inc., and Pacific Sales Kitchen And Bath Centers, LLC (collectively, the "Parties"), the Court hereby ORDERS the above-captioned action dismissed with prejudice, in its entirety.

IT IS FURTHER ORDERED that the Parties shall each bear their own costs and fees.

IT IS SO ORDERED.

Dated: November 29, 2022

_____
Hon. Cormac J. Carney
United States District Judge